LAW OFFICES

# BASS & ASSOCIATES

A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

September 9, 2011

U. S. Bankruptcy Court
Northern District of California
1300 Clay Street, 3rd Floor
Oakland CA 94612-1425

Re: Pedro Cesar Mora

Case No.: 10-71598
Claim No.: 14

To Whom It May Concern:

We represent United Consumer Financial Services - Kirby in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on January 24, 2011 in the amount of $983.02. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley
Authorized Representative